1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-00195-MCE

12                          Plaintiff,     STIPULATION AND ORDER RE SUBMISSION
                                           OF ELECTRONIC SIGNATURE
13              v.

14  IVAN RUIZ-AVALOS,

15                          Defendant.

16

17                        **STIPULATION**

18        Plaintiff United States of America (the "government"), by and through its attorney of record, and

19  defendant Ivan Ruiz-Avalos, both individually and by and through his counsel of record, hereby

20  stipulate as follows:

21        1.      The defendant has consulted with his counsel regarding the plea agreement offer

22  extended to him by the government pursuant to the government's Fast-Track Immigration Prosecution

23  Program.

24        2.      Obtaining an actual signature on the plea agreement from the defendant, who is

25  incarcerated at the Sacramento County Main Jail, would be both impracticable and imprudent in light of

26  safety measures in place there to combat the COVID-19 public health pandemic.

27  ///

28  ///

3.     Pursuant to General Order 616, the defendant consents to his defense counsel signing the plea agreement on the defendant's behalf using an electronic signature.

IT IS SO STIPULATED.

Dated:  November 4, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated:  November 4, 2021

/s/ MEGHAN McLOUGHLIN
MEGHAN McLOUGHLIN
Counsel for Defendant
IVAN RUIZ-AVALOS

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated:  November 5, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE